**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DANI BAKER | : | No. 377 MAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| SEAN BOWIE AND KELLY BOWIE | : | |
| ANDRES ORTEGA-GONAZALEZ | : | |
| | : | |
| | : | |
| PETITION OF: SEAN BOWIE AND KELLY | : | |
| BOWIE | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 8th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.